542

358 A.2d 74
Commonwealth v. Rettig, Appellant.

Argued April 12, 1976. Karl W. Wiedt, with him Savage and Finkel, for appellant; Charles W. Johns, Assistant District Attorney, with him Louis R. Paulick, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

358 A.2d 72
Commonwealth v. Shutack, Appellant.

Argued April 15, 1976. Nicholas S. Kladitis, Assistant Public Defender, for appellant; Charles S. Hersh, Assistant District Attorney, with him Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.